IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

Civil Action No. 14-cv-00368-MEH

SHERI L. HANSON,

    Plaintiff,

v.

CITY OF CANON CITY,

    Defendant.

## ORDER RE: STIPULATION OF DISMISSAL

**Michael E. Hegarty, United States Magistrate Judge**.

    Before the Court is a Stipulated Motion to Dismiss All Claims with Prejudice, which the Court construes as a stipulation pursuant to Fed. R. Civ. P. 41(a)(1)(ii) [docket #11]. The Court finds the stipulation and terms of dismissal proper. Thus, the Clerk of the Court is directed to close this case.

    Dated and entered at Denver, Colorado this 9th day of May, 2014.

                              BY THE COURT:

                              Michael E. Hegarty
                              United States Magistrate Judge